Mildred K. O'Linn (State Bar No. 159055)
  *missy.olinn@manningkass.com*
Nichole Santiago (State Bar No. 291632)
  *nichole.santiago@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF
FRESNO, a municipal corporation;
STEVE ROCHA, in his individual and
official capacity; H. CORONA, in his
individual and official capacity; OMAR
KHAN, in his individual and official
capacity; DAVID PONEK, in his
individual and official capacity

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| WICKEY TWOHANDS, individually and on behalf of all others similarly situated; and JOSEPH QUINNEY, individually and on behalf of all others similarly situated, | Case No. 1:25-cv-01797-KES-SKO<br>District Judge Kirk E. Sherriff<br>Magistrate Judge: Sheila K. Oberto |
| Plaintiffs, | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS, FED. R. CIV. P. 12(b)(6); MOTION TO STRIKE, FED. R. CIV. P. RULE 12(f)** |
| v. | |
| CITY OF FRESNO, a municipal corporation; STEVE ROCHA, in his individual and official capacity; H. CORONA, in his individual and official capacity; OMAR KHAN, in his individual and official capacity; DAVID PONEK, in his individual and official capacity; and DOES 1-50, | *[Filed concurrently with Memorandum of Points and Authorities and Declaration of Attorney Nichole Santiago]* |
| Defendants. | Date:    03/02/26<br>Time:    1:30 PM<br>Crtrm.:  6, 7th floor<br>Trial Date: Not set |

1

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS, FED. R. CIV. P. 12(b)(6); MOTION TO STRIKE, FED. R. CIV. P. 12(f)**

**TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on Monday, March 2, 2026, at 1:30 PM, or as soon thereafter as counsel may be heard, in Courtroom 6, 7th floor of the Honorable Kirk E. Sherriff, of the Robert E. Coyle Federal Courthouse, located in the United States Courthouse, 2500 Tulare Street, Fresno, CA 93721, Defendants CITY OF FRESNO, Police Officer STEVE ROCHA, Police Officer H. CORONA, Police Officer OMAR KHAN, and Police Officer DAVID PONEK (hereinafter collectively "defendants") will and hereby move the Court for an Order to dismiss causes of action nine, ten and twenty-two for failure to state a claim upon which relief can be granted, pursuant to Federal Rules of Civil Procedure 12(b)(6) as the allegations are not only conclusory, but fail to comply with Federal authorities to establish a viable claim. Additionally, pursuant to Federal Rules of Civil Procedure Rule 12(f), defendants concurrently move to strike portions of plaintiffs' Complaint that allege punitive damages against the CITY OF FRESNO in violation of Government Code section 818 at paragraphs in the Complaint at ¶199, LL 1; ¶207, LL 1; ¶309, LL 12; ¶317, LL 17; ¶325, LL 13; ¶335, LL 15;  ¶342, LL 9 and ¶350, LL 2. Additionally, Plaintiffs allege Attorneys' Fees that are not authorized by Statute for Causes of Action Seventeen, Nineteen and Twenty-One as alleged at ¶359, LL 13; ¶376, LL 13 and ¶392, LL 23.

Defendants' Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities filed concurrently herewith, the Meet and Confer Declarations of Attorney Nichole Santiago filed concurrently herewith, together with the pleadings and papers on file in this action, upon such matters as may be presented to the Court at the time of the hearing.

///

///

///

///

2

## MEET AND CONFER

The declaration of Attorney Nichole Santiago shows the attempt to meet and confer prior to filing this Motion. The attempt to meet and confer included correspondence citing to authorities, and inviting a telephone conference. The plaintiffs' response of interlineations to the defendants' correspondence, and their subsequent extensive exchange of correspondence revealed plaintiffs' are standing on their Complaint as to the causes of action nine, ten and twenty-two for failure to state a claim upon which relief can be granted.  Ample exchange between counsel revealed they were at an impasse on the terms of a proposed stipulation about other matters.

## ORAL ARGUMENT

Moving Parties prefer to have the opportunity to have oral argument.

DATED:  January 23, 2026          **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**


By:     /s/ *Nichole Santiago*

Mildred K. O'Linn, Esq.
Nichole Santiago, Esq.
Attorneys for Defendants, CITY OF FRESNO, a municipal corporation; STEVE ROCHA, in his individual and official capacity; H. CORONA, in his individual and official capacity; OMAR KHAN, in his individual and official capacity; DAVID PONEK, in his individual and official capacity

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS, FED. R. CIV. P. 12(b)(6); MOTION TO STRIKE, FED. R. CIV. P. 12(f)**